**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Paul E. BILLOW, Jr., Petitioner**

No. 521 MAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**